AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| R.D., *Plaintiff* | ) |
| v. | ) Civil Action No.  0:24-cv-00639-CMC |
| ANTHEM BLUE CROSS BLUE SHIELD, and the WELLS FARGO & COMPANY HEALTH PLAN, *Defendants* | ) ) ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

■ the plaintiff, R.D., take nothing of the defendant, Anthem Blue Cross Blue Shield, and this action is dismissed with prejudice as to that defendant.

■ judgment is entered in favor of the defendant, the Wells Fargo & Company Health Plan.  The plaintiff, R.D., shall take nothing of the defendant, the Wells Fargo & Company Health Plan, and this action is dismissed with prejudice as to that defendant.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Court, the Honorable Cameron McGowan Currie, Senior US District Judge, presiding.  The Court having heard and granted the defendants' motions to dismiss and for judgment on the pleadings.

Date:   June 18, 2024                                            *ROBIN L. BLUME, CLERK OF COURT*

                                                                        *s/Charles L. Bruorton*
                                                                        _____
                                                                        *Signature of Clerk or Deputy Clerk*